1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   7251 W. Lake Mead Blvd., Ste. 300 #359
3  Las Vegas, NV 89128
   Phone: 702-240-6060
4  Direct Line: 702-562-4010
   Fax: 702-549-8855
5  Email: mmills@blwmlawfirm.com

6  Attorneys for Defendant Daffer,
   Viking Insurance Company of Wisconsin
7  and Sentry Casualty Insurance Company

8

9

                    **UNITED STATES DISTRICT COURT**
10
                        **DISTRICT OF NEVADA**
11

12  PETER ISSO, an individual; and          CASE NO: 2:24-cv-01173-GMN-DJA
    JIMMY ISSO, an individual
13
           Plaintiffs,
14
           vs.
15
    BRODEY DAFFER, an individual; VIKING
16  INSURANCE COMPANY OF WISCONSIN, A
    Wisconsin Company; SENTRY CASUALTY
17  INSURANCE COMPANY; a Wisconsin
    business entity; WILLOUGHBY SHULMAN,
18  PLLC, a Nevada professional limited liability
    company; DAVID J. CHURCHILL, P.C. a
19  Nevada professional corporation d/b/a/ INJURY
    LAWYERS OF NEVADA,
20
           Defendants.
21

22                     **SUBSTITUTION OF ATTORNEY**

23      Defendants  BRODEY  DAFFER,  VIKING  INSURANCE  COMPANY  OF

24  WISCONSIN, and SENTRY CASUALTY INSURANCE COMPANY hereby substitute

25  Steven Canfield, Esq. of the law firm of Winner and Booze, 1117 S. Rancho Dr., Las

26  Vegas, NV 89102 as their attorney to represent them for all purposes in the above-

27  / / /

28  / / /

                           SUBSTITUTION OF ATTORNEYS
                                - PAGE 1 OF 3 -
    4141480v1

1  entitled action in the place of Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell,

2  7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128.

3      DATED this ____ day of January, 2025.

4

5  BRODEY DAFFER, Defendant

6  VIKING INSURANCE COMPANY OF
7  WISCONSIN, Defendant

8

9  By_____

10  Its _____

11  SENTRY CASUALTY INSURANCE
12  COMPANY, Defendant

13

14  By_____

15  Its _____

16      I, Steven Canfield, Esq. am duly admitted to practice in this District. Therefore, I

17  hereby agree to be substituted in the place of Michael C. Mills, Esq. of Bauman Loewe

18  Witt & Maxwell, 7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128 in the

19  above-entitled action as attorney for Defendants BRODEY DAFFER, VIKING

20  INSURANCE COMPANY OF WISCONSIN, and SENTRY CASUALTY INSURANCE

21  COMPANY.

22      DATED this ____ day of January, 2025.

23

24

25  Steven Canfield, Esq.
   Nevada Bar No.12711
26  WINNER & BOOZE
   1117 S. Rancho Dr.,
27  Las Vegas, NV 89102

28

SUBSTITUTION OF ATTORNEYS
- PAGE 2 OF 3 -

4141480v1

1    entitled action in the place of Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell,

2    7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128.

3            DATED this ____ day of January, 2025.

4

5                                            _____
                                             BRODEY DAFFER, Defendant

6                                            VIKING INSURANCE COMPANY OF
7                                            WISCONSIN, Defendant

8                                            By _____
9
                                             Its ___Claims Representative Specialist___
10

11                                           SENTRY CASUALTY INSURANCE
12                                           COMPANY, Defendant

13                                           By _____
14
                                             Its ___Claims Representative Specialist___
15

16            I, Steven Canfield, Esq. am duly admitted to practice in this District.  Therefore, I

17    hereby agree to be substituted in the place of Michael C. Mills, Esq. of Bauman Loewe

18    Witt & Maxwell, 7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128 in the

19    above-entitled  action  as  attorney  for  Defendants  BRODEY  DAFFER,  VIKING

20    INSURANCE COMPANY OF WISCONSIN, and SENTRY CASUALTY INSURANCE

21    COMPANY.

22            DATED this ____ day of January, 2025.

23

24

25                                           _____
                                             Steven Canfield, Esq.
                                             Nevada Bar No.12711
26                                           WINNER & BOOZE
                                             1117 S. Rancho Dr.,
27                                           Las Vegas, NV  89102

28

4141480v1

1   entitled action in the place of Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell,

2   7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128.

3       DATED this _____ day of January, 2025.

4

5                                   _____
                                    BRODEY DAFFER, Defendant

6                                   VIKING INSURANCE COMPANY OF
7                                   WISCONSIN, Defendant

8
                                    By_____
9
                                    Its _____
10

11                                  SENTRY CASUALTY INSURANCE
12                                  COMPANY, Defendant

13
                                    By_____
14
                                    Its _____
15

16      I, Steven Canfield, Esq. am duly admitted to practice in this District.  Therefore, I

17  hereby agree to be substituted in the place of Michael C. Mills, Esq. of Bauman Loewe

18  Witt & Maxwell, 7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128 in the

19  above-entitled action as attorney for Defendants BRODEY DAFFER, VIKING

20  INSURANCE COMPANY OF WISCONSIN, and SENTRY CASUALTY INSURANCE

21  COMPANY.

22      DATED this 9th day of January, 2025.

23

24                                  _____
25                                  Steven Canfield, Esq.
                                    Nevada Bar No.12711
26                                  WINNER & BOOZE
                                    1117 S. Rancho Dr.,
27                                  Las Vegas, NV  89102

28

1

2      I hereby agree to the substitution of Steven Canfield, Esq. of the law firm of Winner

3  and Booze, 1117 S. Rancho Dr., Las Vegas, NV  89102, as attorney for Defendants

4  BRODEY DAFFER, VIKING INSURANCE COMPANY OF WISCONSIN, and SENTRY

5  CASUALTY INSURANCE COMPANY in the above-entitled action in my place and stead.

6      DATED this 15th day of January 2025.

7                                          BAUMAN LOEWE WITT & MAXWELL

8

9

10                                         MICHAEL C. MILLS, ESQ.
                                           Nevada Bar No. 003534
11                                         7251 W. Lake Mead Blvd., Ste. 300 #359
                                           Las Vegas, Nevada  89128
12                                         Attorneys for Defendants Daffer,
                                           Viking Insurance Company of Wisconsin
13                                         and Sentry Casualty Insurance Company

14

15

16  **IT IS SO ORDERED**.

17  DATED: 1/16/2025

18

19

20  _____
    DANIEL J. ALBREGTS
21  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

4141480v1