STEVEN P. CANFIELD
Nevada Bar No. 12711
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
scanfield@winnerfirm.com

*Attorneys for Defendants Brodey Daffer,*
*Viking Insurance Company of Wisconsin*
*and Sentry Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER ISSO, an individual; and JIMMY ISSO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRODEY DAFFER, an individual; VIKING INSURANCE COMPANY OF WISCONSIN, A Wisconsin Company; SENTRY CASUALTY INSURANCE COMPANY; a Wisconsin business entity; WILLOUGHBY SHULMAN, PLLC, a Nevada professional limited liability company; DAVID J. CHURCHILL, P.C. a Nevada professional corporation d/b/a/ INJURY LAWYERS OF NEVADA,<br><br>Defendants. | CASE NO.: 2:24-CV-01173-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel that the above-captioned matter having been amicably settled, the same may be dismissed with prejudice, each party to bear its own fees and costs. Furthermore, nothing in this Dismissal constitutes an admission of fault by any party regarding the allegations in the Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1 No trial date has been set. All motions currently pending before the Court may be vacated.

2 **IT IS SO STIPULATED AND AGREED.**

3 DATED this 4th day of February, 2025.   DATED this ____ day of February, 2025.

4 WINNER & BOOZE   OLSON, CANNON & GORMLEY

5

 */s/ Steven P. Canfield*   *See Signature on next page*
6 Steven P. Canfield   Max E. Corrick, II
Nevada Bar No. 12711   Nevada Bar No. 006609
7 1117 South Rancho Drive   9950 W. Cheyenne Ave.
Las Vegas, Nevada 89102   Las Vegas, Nevada 89129
8 *Attorneys for Defendants Brodey Daffer,*   *Attorneys for Defendant Willoughby Shulman,*
*Viking Insurance Company of Wisconsin*   *PLLC*
9 *and Sentry Casualty Insurance Company*

10

11 DATED this 4th day of February, 2025.   DATED this 4th day of February, 2025.

12 LAW OFFICES OF MICHAEL E. SMITH,   GARY D. REEVES, ESQ.
ESQ.
13

14  */s/ Michael E. Smith*    */s/ Gary D. Reeves*
Michael E. Smith   Gary D. Reeves
15 Nevada Bar No. 13764   Nevada Bar No. 10968
8275 S. Eastern Ave., Ste. 200   8275 S. Eastern Ave., Ste. 200
16 Las Vegas, Nevada 89123   Las Vegas, Nevada 89123
*Attorneys for Plaintiffs*   *Attorneys for Plaintiffs*
17

18
DATED this 4th day of February, 2025.
19
INJURY LAWYERS OF NEVADA
20

21  */s/ Jared B. Anderson*
Jared B. Anderson
22 Nevada Bar No. 0947
4001 Meadows Lane
23 Las Vegas, Nevada 89107
*Attorneys for Defendant David J. Churchill*
24 *d/b/a Injury Lawyers of Nevada*

25

26

27

28

Page 2 of 3

1  No trial date has been set. All motions currently pending before the may be vacated.

2  **IT IS SO STIPULATED AND AGREED.**

3  DATED this 29 day of January, 2025.

4  OLSON, CANNON & GORMLEY



Max E. Corrick, II
Nevada Bar No. 006609
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for Defendant Willoughby Shulman, PLLC*

*Isso, et al. vs. Daffer, et al.*
*Case No.: 2:24-CV-01173-GMN-DJA*

## ORDER

Based upon the Stipulation by counsel for the parties, and for good cause appearing therefore,

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.
**IT IS FURTHER ORDERED** that the hearing scheduled for February 19, 2025, is **VACATED**.
The Clerk of Court is kindly requested to close this case.

DATED this   10   day of  February, 2025.

_____
Gloria M. Navarro
U.S. District Judge

Submitted by:

WINNER & BOOZE

 /s/ Steven P. Canfield
Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Attorneys for Defendants Brodey Daffer,*
*Viking Insurance Company of Wisconsin*
*and Sentry Casualty Insurance Company*

Case No.: 2:24-CV-01173-GMN-DJA